WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherman Terrell Pruitt, | No. CV-13-02357-PHX-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has considered Defendant Ryan's Motion to Modify Scheduling Order (Doc. 42), Defendant Ryan's Supplement to Motion to Modify Scheduling Order (Doc. 43), and Defendant Orson Anderson, M.D.'s Joinder (Doc. 45). No response has been filed.

Defendants seek an extension of the discovery and dispositive motion deadlines set forth in the Court's Scheduling Order (Doc. 24). Plaintiff filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 on November 15, 2013 (Doc. 1). However, all issues were not joined until April 15, 2015 (Docs. 21, 22, 23). Plaintiff alleges a violation of his Eighth Amendment right to constitutionally adequate medical care. On September 10, 2015, the Court ordered that Plaintiff execute a medical release and serve an Initial Disclosure Statement (Doc. 35). Plaintiff now has done so. Defendants acknowledge that they received these records by the middle of October. Nevertheless, the delayed receipt of and need to analyze relevant discovery has necessitated Defendants' pending Motion and Joinder.

Pursuant to LRCiv 7.2(c), an opposing party is required to serve and file a responsive memorandum. If an unrepresented party fails to file a responsive memorandum, his "non-compliance may be deemed . . . consent to the . . . granting of the motion, and the court may dispose of the motion summarily." LRCiv 7.2(i).

A district court has discretion to adopt local rules. . . Those rules have the 'force of law'." *Hollingsworth v. Perry*, 558 U.S. 183 (2010) (citations omitted). Because the Plaintiff has failed to respond timely to the Defendants' Motion and Joinder, the Court simply may summarily grant the Motion. However, the Court finds that Defendants' Motion and Joinder are meritorious.

For good cause shown,

IT IS ORDERED granting Defendant Ryan's Motion to Modify Scheduling Order (Doc. 42) and Defendant Orson Anderson, M.D.'s Joinder (Doc. 45).

IT IS FURTHER ORDERED extending the discovery deadline to January 15, 2016 and the dispositive motion deadline to February 1, 2016.

Dated this 24th day of November, 2015.

Honorable Eileen S. Willett
United States Magistrate Judge